B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Ohio

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **The Wellsville Foundry, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **34-1016131** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **18150 Fife Coal Road** <br> **Wellsville, OH** ZIP Code **43968** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Columbiana** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **P.O. Box 424** <br> **Wellsville, OH** ZIP Code **43968** | ZIP Code |

| Location of Principal Assets of Business Debtor (if different from street address above): | **18150 Fife Coal Road** <br> **Wellsville, OH 43968** |
|---|---|

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Wellsville Foundry, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Wellsville Foundry, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Guy C. Fustine**
Signature of Attorney for Debtor(s)

**Guy C. Fustine 37543**
Printed Name of Attorney for Debtor(s)

**Knox McLaughlin Gornall & Sennett, P.C.**
Firm Name

**120 West Tenth Street**
**Erie, PA 16501**

Address

**(814) 459-2800  Fax: (814) 453-4530**
Telephone Number

**September 15, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ C.H. Gilmore**
Signature of Authorized Individual

**C.H. Gilmore**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 15, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Ohio

In re  **The Wellsville Foundry, Inc.**                                     Case No.
                                    Debtor(s)                                Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Waste Services Salem<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Allied Waste Services Salem<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Garbage and industrial waste services | | 15,722.73 |
| American Electric Power<br>P.O. Box 24002<br>Canton, OH 44701-4002 | American Electric Power<br>P.O. Box 24002<br>Canton, OH 44701-4002 | Utility | | 12,319.24 |
| American Express 21008<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 | American Express 21008<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 | Credit card purchases | | 17,496.30 |
| American Express 82005<br>P.O. Box 0001<br>Los Angeles, CA 90096 | American Express 82005<br>P.O. Box 0001<br>Los Angeles, CA 90096 | Credit card purchases | | 21,119.18 |
| American Payroll Service<br>P.O. Box 74972<br>Cleveland, OH 44191-4972 | American Payroll Service<br>P.O. Box 74972<br>Cleveland, OH 44191-4972 | Payroll services | | 153,170.93 |
| Ask Chemicals L.P.<br>5200 Blazer Parkway<br>Dublin, OH 43017 | Ask Chemicals L.P.<br>5200 Blazer Parkway<br>Dublin, OH 43017 | Materials | | 13,398.31 |
| Blackhart Salvage Company<br>P.O. Box 2804<br>Youngstown, OH 44511 | Blackhart Salvage Company<br>P.O. Box 2804<br>Youngstown, OH 44511 | Raw materials | | 29,382.50 |
| Brunie Industrial Tooling<br>129 W. Ohio Avenue<br>Sebring, OH 44672 | Brunie Industrial Tooling<br>129 W. Ohio Avenue<br>Sebring, OH 44672 | Services provided | | 10,411.00 |
| Cardmember Service<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Cardmember Service<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Credit card purchases | | 27,560.66 |
| Evolution AG, LLC<br>33170 St Rte 172 at Guilford LA<br>Lisbon, OH 44432 | Evolution AG, LLC<br>33170 St Rte 172 at Guilford LA<br>Lisbon, OH 44432 | Repair services | | 17,992.92 |
| Hickman Williams & Co<br>Location 00286<br>Cincinnati, OH 45264-0286 | Hickman Williams & Co<br>Location 00286<br>Cincinnati, OH 45264-0286 | Raw materials | | 44,459.44 |

In re **The Wellsville Foundry, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Humtown Products**<br>P.O. Box 367<br>Columbiana, OH 44408 | **Humtown Products**<br>P.O. Box 367<br>Columbiana, OH 44408 | **Materials** | | 15,577.23 |
| **Impact Pattern & Mold**<br>154 Lisbon Street<br>Leetonia, OH 44431 | **Impact Pattern & Mold**<br>154 Lisbon Street<br>Leetonia, OH 44431 | **Materials** | | 5,760.00 |
| **Induction Iron, Inc.**<br>13909 North Dale Mabry Hwy<br>Suite 203B<br>Tampa, FL 33618 | **Induction Iron, Inc.**<br>13909 North Dale Mabry Hwy<br>Suite 203B<br>Tampa, FL 33618 | **Raw materials** | | 15,299.32 |
| **K.D. Machine**<br>600 Gilmore Road<br>New Castle, PA 16102 | **K.D. Machine**<br>600 Gilmore Road<br>New Castle, PA 16102 | **Services provided** | | 6,870.00 |
| **Keener Sand & Clay Company**<br>330 Dering Avenue<br>Columbus, OH 43207 | **Keener Sand & Clay Company**<br>330 Dering Avenue<br>Columbus, OH 43207 | **Materials** | | 17,209.32 |
| **McGill, Power, Bell & Associates LP**<br>623 State Street<br>Meadville, PA 16335 | **McGill, Power, Bell & Associates LP**<br>623 State Street<br>Meadville, PA 16335 | **Accounting services provided** | | 16,510.00 |
| **Ohio Industrial Supply**<br>1220 Market Ave S<br>Canton, OH 44707 | **Ohio Industrial Supply**<br>1220 Market Ave S<br>Canton, OH 44707 | **Materials** | | 5,949.97 |
| **Prime Trade, Inc.**<br>11301 Carmel Commons Blvd Ste<br>Charlotte, NC 28226 | **Prime Trade, Inc.**<br>11301 Carmel Commons Blvd Ste<br>Charlotte, NC 28226 | **Raw materials** | | 42,321.00 |
| **Taylor Pattern, Inc.**<br>365 West Wilson Street<br>P.O. Box 588<br>Salem, OH 44460 | **Taylor Pattern, Inc.**<br>365 West Wilson Street<br>P.O. Box 588<br>Salem, OH 44460 | **Materials** | | 19,770.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 15, 2015** _____ Signature **/s/ C.H. Gilmore**
 **C.H. Gilmore**
 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| **The Wellsville Foundry, Inc.** | : | |
| | : | Chapter **11** |
| | : | |
| Debtor | : | |
| | : | |
| **The Wellsville Foundry, Inc.** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Guy C. Fustine 37543**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Guy C. Fustine**
Signature
**Guy C. Fustine 37543**
Typed Name
**120 West Tenth Street**
**Erie, PA 16501**
Address
**(814) 459-2800 Fax:(814) 453-4530**
Phone No.
**37543**
List Bar I.D. and State of Admission

In re  **The Wellsville Foundry, Inc.**  ,   Case No. _____

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **C.H. Gilmore**<br>**24939 State Street**<br>**Meadville, PA 16335** | | | **96%** |
| **Gerald M. Kelly**<br>**18141 Fife Coal Road**<br>**Wellsville, OH 43968** | | | **2%** |
| **Lois V. Kelly**<br>**18141 Fife Coal Road**<br>**Wellsville, OH 43968** | | | **2%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 15, 2015**     Signature  **/s/ C.H. Gilmore**
                                            **C.H. Gilmore**
                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

Agland Co-op
P.O. Box 369
Canfield, OH 44406

Akron Belting & Supply Co.
1244 Home Avenue
Akron, OH 44310

Allied Waste Services
Salem
P.O. Box 9001099
Louisville, KY 40290-1099

American Electric Power
P.O. Box 24002
Canton, OH 44701-4002

American Express 21008
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express 82005
P.O. Box 0001
Los Angeles, CA 90096

American Payroll Service
P.O. Box 74972
Cleveland, OH 44191-4972

AMG Vanadium
60790 Southgate Road
Cambridge, OH 43725

Applied Process Inc.
12238 Newburgh Road
Livonia, MI 48150

Ask Chemicals Hi Tech, LLC
P.O. Box 788
Alfred, NY 14802

Ask Chemicals L.P.
5200 Blazer Parkway
Dublin, OH 43017

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Blackhart Salvage Company
P.O. Box 2804
Youngstown, OH 44511

Blue Grass Drug Screen, Inc.
P.O. Box 22674
Louisville, KY 40252-0674

Brechbuhler Scales
1424 Scale St. S.W.
Canton, OH 44706

Brunie Industrial Tooling
129 W. Ohio Avenue
Sebring, OH 44672

C.H. Gilmore
24939 State Street
Meadville, PA 16335

Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408

Carney Gas Service, Inc.
P.O. Box 511
West Point, OH 44492

Cintas
40 Abele Road
Bridgeville, PA 15017

Columbiana County Property Tax Liability
Linda S. Bolon
Columbiana County Treasurer
105 S. Market Street, Ste. 8
Lisbon, OH 44432-0469

Comcast
P.O. Box 3001
Southeastern, PA 19398

District Board of Health Laboratory
50 Westchester Drive
Austintown, OH 44515-3963

Echo Global
22168 Network Place
Chicago, IL 60673-1221

Elkem Materials, Inc.
P.O. Box 266
Coraopolis, PA 15108

Evolution AG, LLC
33170 St Rte 172 at Guilford LA
Lisbon, OH 44432

```
Exova Testing
2090 East 15th Avenue
Gary, IN 46402

Fed Ex Freight
P.O. Box 223125
Pittsburgh, PA 15251-2125

Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461

Forge Shield Company
100 A Street
Charleston, IL 61920

Founders Service & Mfg.
P.O. Box 56
North Benton, OH 44449

Frank's Electric
11424 Beech Street
Alliance, OH 44601

Glasgow Self Storage
42344 Glasgow Road
Wellsville, OH 43968

Hark Laboratories
P.O. Box 574
871 Wooster Road W.
Barberton, OH 44203

Heraeus
88736 Expedite Way
Chicago, IL 60695-1700

Hickman Williams & Co
Location 00286
Cincinnati, OH 45264-0286

Hill & Griffith Company
1085 Summer Street
Cincinnati, OH 45204

Humtown Products
P.O. Box 367
Columbiana, OH 44408

Impact Pattern & Mold
154 Lisbon Street
Leetonia, OH 44431
```

Induction Iron, Inc.
13909 North Dale Mabry Hwy
Suite 203B
Tampa, FL 33618

Induction Professionals
1058 Ohio Works Drive
Youngstown, OH 44510

Inductotherm Corp
P.O. Box 828482
Philadelphia, PA 19182-8482

Industrial Radiator & A/C Inc.
10880 Lynchburg Road
Kensington, OH 44427

Industrial Supplies
P.O. Box 643503
Pittsburgh, PA 15264-3503

Inland Fire Brick
1243 East 55th Street
Cleveland, OH 44103

K.D. Machine
600 Gilmore Road
New Castle, PA 16102

Keener Sand & Clay Company
330 Dering Avenue
Columbus, OH 43207

Lake Business Products
37200 Research Drive
Eastlake, OH 44095

Mahoning Valley Water
11379 South Ave. Extension
North Lima, OH 44452

Masterman's
Customer #046615
P.O. Box 411
Auburn, MA 01501-0411

McGill, Power, Bell & Associates LP
623 State Street
Meadville, PA 16335

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Milligan Hardware
P.O. Box 889
East Liverpool, OH 43920

Mistras Services Division
600 Kaiser Drive
Building 241
Heath, OH 43056

Napa Auto Parts
16477 Saint Clair Ave.
Calcutta, OH 43920

NFIB
Martin Dunham
4141 Windsor Road
Boardman, OH 44512

Nock Refractories, Inc.
1243 East 55th Street
Cleveland, OH 44103

Ohio Industrial Supply
1220 Market Ave S
Canton, OH 44707

P&L Heat Treating & Grinding Inc.
313 E. Wood Street
Youngstown, OH 44503

P.M.F. Rentals
124 Plunkett Drive
Zelienople, PA 16063

Palmer
P.O. Box 2579
Springfield, OH 45501

Pennsylvania Tool Sales & Service
625 Bev Road
Youngstown, OH 44512

Pittsburgh Metal Processing
1850 Chapman Street
P.O. Box 7824
Pittsburgh, PA 15215-2791

PNC Bank, National Association
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222

PNC Bank, National Association
PNC Advisors
201 East Fifth Street
Cincinnati, OH 45201

Prime Trade, Inc.
11301 Carmel Commons Blvd Ste
Charlotte, NC 28226

Principal Financial Group
Walnut Hill Plaza - Suite 401
150 South Warner Road
King of Prussia, PA 19406-2830

Quality Water Systems Inc.
934 Salem Parkway
Salem, OH 44460

Refractory Sales & Service
P.O. Box 8500-9560
Philadelphia, PA 19178-9560

S.D. Nold Co., Inc.
P.O. Box 392
Lisbon, OH 44432

Saia Motor Freight
P.O. Box 730532
Dallas, TX 75373-0532

Shannon Safety Products
368 Commercial Road
P.O. Box 145
Bridgeville, PA 15017

Speedway Super America
P.O. Box 740587
Cincinnati, OH 45274

Taylor Pattern, Inc.
365 West Wilson Street
P.O. Box 588
Salem, OH 44460

The Freemont Flask Co
1000 Wolfe Avenue
Fremont, OH 43420

Tolson Comfort Systems
1547 Salem Parkway
P.O. Box 1184
Salem, OH 44460

U.S. Small Business Administration
Chief, AIB
409 3rd Street, SW
Washington, DC 20416

Uline
P.O. Box 88741
Chicago, IL 60680-1741

United Rentals
Credit Office #584
P.O. Box 100711
Atlanta, GA 30384-0711

United Wood Products
P.O. Box 3964
7204 Glenwood Avenue
Youngstown, OH 44513

Valley Industrial Trucks
1152 Meadowbrooke Avenue
Youngstown, OH 44512

W.W. Grainger Inc.
Dept. 811637958
Palatine, IL 60038

West Wilson Enterprise, LTD
P.O. Box 588
Salem, OH 44460

Winkle Electric Co.
P.O. Box 6014
Youngstown, OH 44501-6014

# United States Bankruptcy Court
## Northern District of Ohio

In re __The Wellsville Foundry, Inc.__  
Debtor(s)

Case No.  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Wellsville Foundry, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 15, 2015** | **/s/ Guy C. Fustine** |
| Date | **Guy C. Fustine 37543** |
| | Signature of Attorney or Litigant |
| | Counsel for __The Wellsville Foundry, Inc.__ |
| | **Knox McLaughlin Gornall & Sennett, P.C.** |
| | **120 West Tenth Street** |
| | **Erie, PA 16501** |
| | **(814) 459-2800 Fax:(814) 453-4530** |

In re  **The Wellsville Foundry, Inc.**   Debtor(s)    Case No.  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept       $ **350/per hour**  
   Prior to the filing of this statement I have received    $ **0***  
   Balance Due                                             $ **350/per hour** (subject to court approval after notice and hearing)

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **All services rendered will be billed on an hourly fee basis only. This is not a "fixed fee" arrangement. Additional services will be billed as needed based on the hourly rate of attorney or paralegal providing those services. We reserve the right to require an additional retainer before any future services are rendered.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **To be determined.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September 15, 2015**         **/s/ Guy C. Fustine**  
                                       **Guy C. Fustine 37543**  
                                       **Knox McLaughlin Gornall & Sennett, P.C.**  
                                       **120 West Tenth Street**  
                                       **Erie, PA 16501**  
                                       **(814) 459-2800   Fax: (814) 453-4530**

---

*The undersigned provided pre-petition legal services to the Debtor in preparation for the Chapter 11 case from July 23, 2015 through September 14, 2015. The Debtor paid the Knox Firm $10,000 for the pre-petition services. Although the invoice for the pre-petition services exceeded $10,000, the additional fees in the amount of $3,216.27 were waived and written off prior to the filing.